**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROBERT LEE WHITE,**

    **Petitioner,**

**vs.**                                                **Case No. 4:09cv138-RH/WCS**

**WALTER A. McNEIL,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and motion to proceed in forma pauperis. Docs. 1 and 2.

Petitioner is currently incarcerated at Lawtey Correctional Institution, and challenges the judgment of the Circuit Court in Duval County. Jurisdiction is the Middle District, as the district of both confinement and conviction. 28 U.S.C. § 2241(d).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings, and that the clerk forward the two service copies of doc. 1 with the transmittal letter on transfer.

**IN CHAMBERS** at Tallahassee, Florida on June 18, 2009.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**